# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>HERSHEL ALLEN<br><br>v.<br><br>KINGSWAY AMERICA, INC., d/b/a UNIVERSAL CASUALTY COMPANY | FILED: AUGUST 26, 2008<br>Case Number: 08CV4892<br>JUDGE COAR<br>MAGISTRATE JUDGE MASON<br>BR |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HERSHEL ALLEN

| |
|---|
| NAME (Type or print)<br>Lisa Kane |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/Lisa Kane |
| FIRM<br>Lisa Kane & Associates, P.C. |
| STREET ADDRESS<br>120 South LaSalle Street, Suite 1420 |
| CITY/STATE/ZIP<br>Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06203093 | TELEPHONE NUMBER<br>312-606-0383 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐