AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

HERSHEL ALLEN, Plaintiff,

V.

KINGSWAY AMERICA, INC., d/b/a
UNIVERSAL CASUALTY

CASE NUMBER: 08CV4892

ASSIGNED JUDGE: JUDGE COAR

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE MASON

TO: (Name and address of Defendant)

KINGSWAY AMERICA, INC., d/b/a UNIVERSAL CASUALTY
c/o C T Corporation System
208 South LaSalle Street, Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LISA KANE & ASSOCIATES, P.C.
120 South LaSalle Street, Suite 1420
Chicago, Illinois 60603
(312) 606-0383

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*Cynthia Mercado*

(By) DEPUTY CLERK

August 26, 2008

Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | September 2, 2008 |
| NAME OF SERVER (PRINT) Thomas E. Nolan | TITLE Law Clerk |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): _Given to Dawn Schlutz_

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  September 2, 2008     _Thomas E. Nolan_
             Date                   Signature of Server

Suite 1420
120 S. LaSalle
Chicago, IL 60603
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.