IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HERSHEL ALLEN | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 4892 |
| | ) | |
| v. | ) | Honorable Judge Coar |
| | ) | Judge Presiding |
| KINGSWAY AMERICA, INC., d/b/a | ) | |
| UNIVERSAL CASUALTY COMPANY | ) | Magistrate Judge Mason |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

TO:

    PLEASE TAKE NOTICE that on *Friday,* **September 5, 2008,** Plaintiff filed electronically with the Clerk of the United States District Court for the Northern District, Eastern Division at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, the following: Plaintiff's First Amended Complaint.

    By s/Lisa Kane
    Lisa Kane, Attorney for Plaintiff

**PROOF OF SERVICE**

    I, Lisa Kane, certify that I caused to be served this Notice of Filing and the above-mentioned accompanying documents upon those persons to whom said Notice is directed pursuant to ECF by 5:00 P.M. on Friday, September 5, 2008.

    s/Lisa Kane
    Lisa Kane, Attorney for Plaintiff

LISA KANE & ASSOCIATES, P.C.
Attorneys for Plaintiff
120 South LaSalle Street, Suite 1420
Chicago, Illinois 60603
(312) 606-0383
Attorney Code No. 06203093